**INFORMATION SYNOPSIS**

| | |
|---|---|
| **Name:** | TYLER STREETER |
| **Address:** (City & State Only) | Norwich, NY |
| **Year of Birth and Age:** | 1994; age 27 |
| **Violations:** | COUNT ONE: Transportation with intent to engage in criminal sexual activity, in violation of 18 U.S.C. §2421. |
| **Penalties:** | COUNT ONE: A maximum term of ten years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2421. This is a Class C felony. |
| **Supervised Release:** | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | 2 years. 18 U.S.C. § 3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Not more than 3 years less any term of imprisonment imposed on the violation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Robert Levine |
| **Primary Investigative Agency and Case Agent Name:** | HSI - Special Agent David Pawson |
| **Detention Status:** | Detained pending trial in Criminal No. 2:21-cr-185-NT |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Oxford |
| **AUSA:** | Sheila W. Sawyer |
| **Guidelines apply?   Y/N** | Y |
| **Victim Case:** | Y |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 |