IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No.** |
| ) | |
| **TYLER STREETER** ) | |

## PROSECUTION VERSION

The evidence in this case established the following facts:

In late 2020, the defendant Tyler Streeter befriended a 16-year-old female (Minor A) on social media and began a months-long relationship online with Minor A. At the time, Streeter resided in Norwich, New York, and Minor A lived in Oxford County, Maine. Streeter was twenty-six years old at the time, and Minor A was only sixteen years old. Streeter knew that Minor A was only sixteen.

Over the first few months of 2021, Streeter repeatedly told Minor A that she was gorgeous, that he loved her and that he wanted to make her his wife. Streeter also sent several graphic messages to Minor A which evidenced his interest in having sexual relations with her. In one exchange which took place on January 29, 2021, for example, Streeter wrote to Minor A in a string of messages: "What happens when I fuck u in 2 weeks and cum in u; and then parents find out ur pregnant." Minor A responded to this by stating, "I will move out if I'm pregnant." Streeter continued, noting: "okay; Ik I wont pull out and hate condoms." When Minor A asked Streeter where would she "go" if she became pregnant, Streeter responded, "Once I get in u I'm want keep going guess u come back here with me."

1

On February 6, 2021, Minor A sent Streeter a nude image of herself. Streeter responded, "Mmm; Ur pussy is so small and tight; Waiting for me to stretch it out." Minor A wrote back, "Lol come here." Streeter responded, "If I was there u would be getting slammed full force; for hours ur pussy be bleeding."

On April 5, 2021, Streeter traveled from upstate New York to Oxford County, Maine, for the purpose of picking Minor A up and taking her back to New York with him. Minor A snuck out of her home that evening without the consent or knowledge of her father and left the area in Streeter's car. Minor A's father discovered what was happening and attempted to stop Streeter unsuccessfully. Eventually an "Amber" alert was issued for Minor A, and she was found at a residential address in Syracuse, New York, on April 6, 2021, by the Syracuse, New York Police Department. At the time, Minor A had several prominent "hickies" on her neck.

On April 10, 2020, a patrol officer with the Norwich New York Police Department stopped a vehicle operated by Tyler Streeter. In a conversation between Streeter and the officer, Streeter said he had gone to Maine to pick up Minor A and acknowledged that he should not have done that because of Minor A's age.

New York Penal Law § 130.25 provides that it is a crime (Class E felony) for a person, being twenty-one years old or more, to engage in sexual intercourse with another person who is less than seventeen years old. As noted above, Minor A was only sixteen years old at the time Streeter transported her from Maine to New York with the intent to engage in sexual intercourse.

Date:   May 9, 2022

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

*Sheila W. Sawyer*

Sheila W. Sawyer
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257

.