

**Government's Exhibit 2**
*US v. Streeter*
2:22-cr-00059-NT
Sentencing Memorandum

00000080