1

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


----------------------------X
                            :
IN RE:                      : UNITED STATES GRAND JURY
                            :        PROCEEDINGS
        TYLER STREETER      : (22 Grand Jurors Present)
                            :
----------------------------X
                              Portland Grand Jury



TESTIMONY OF JOLENE DONALDSON
May 5, 2021
1:24 p.m.


SHEILA W. SAWYER
Assistant U.S. Attorney


LAUREL A. LONG
Court Reporter


Edward T. Gignoux U.S. Federal Courthouse
156 Federal Street
Portland, Maine


THE REPORTING GROUP
Mason & Lockhart
P.O. Box 404
Springvale, Maine  04083
(207) 281-4230


THE REPORTING GROUP
Mason & Lockhart

Government's Exhibit
3
US v. Streeter
2:22-cr-00059-NT
Sentencing Memorandum

00000120

```
 1                    IN RE:  TYLER STREETER
 2    JOLENE DONALDSON, having been duly sworn by the
 3          Foreperson, was examined and testified as follows:
 4          THE FOREPERSON:  Pull yourself right up to the
 5    microphone and please state your name and spell your
 6    last name.
 7          THE WITNESS:  Jolene Donaldson, D-O-N-A-L-D-S-O-N.
 8                       EXAMINATION
 9    BY MS. SAWYER:
10    Q.  Good afternoon, Ms. Donaldson.  How are you?
11    A.  Good.
12    Q.  I'll note for the record that you've removed your COVID
13        mask for purposes of testifying here today.  Thank you
14        for that.
15          Ms. Donaldson, where do you currently live?
16    A.  I live at 301 Bellevue Ave., Apartment 4, in Syracuse,
17        New York  13204.
18    Q.  And are you employed?
19    A.  Yes.  I work at a 7-Eleven convenience store.
20    Q.  And are you married, Ms. Donaldson?
21    A.  Yes, I am married to my husband, Thomas Donaldson.
22    Q.  And do you have children?
23    A.  Yes, we have two sons and two daughters.
24    Q.  And how old are you, Ms. Donaldson?
25    A.  I am 27.
```

3

```
 1    Q.   And are you from the upstate New York area originally?
 2    A.   Yes.
 3    Q.   Do you know an individual by the name of Tyler Streeter?
 4    A.   Yes.  That's my brother.
 5    Q.   And how old is your brother?
 6    A.   He is 26.
 7    Q.   And you said you are --
 8    A.   27.
 9    Q.   He's one year younger than you?
10    A.   Yes.
11    Q.   And based on your interactions with him over the course
12         of your lives together, do you know whether he has an
13         interest in underage girls?
14    A.   Yes, he does.
15    Q.   And how do you know that?
16    A.   He was put in prison in 2017 for molesting our niece
17         when she was 10 years old.  And I have witnessed him
18         many, many times trying to get with younger girls.
19    Q.   And as a result of that behavior, did you and your
20         brother become estranged?
21    A.   Yes.
22    Q.   And you weren't talking to him for some period of time?
23    A.   Yes.
24    Q.   Earlier this year did you reconnect with your brother?
25    A.   In March of this year I did.
```

THE REPORTING GROUP
Mason & Lockhart

00000122

1    Q.   And how did that come to pass?

2    A.   My mother had swore up and down that he had changed, so

3         I figured I would try to give him a second chance.

4    Q.   Okay.  And, so, did you reach out to him, did he reach

5         out to you?

6    A.   My mom had given him my number, so he texted me.

7    Q.   And what happened after that?

8    A.   We started talking on and off, and he seemed like he was

9         trying to maybe get his life together.  And I had

10        invited him to my house to have a dinner and hang out,

11        so he had come over.  And we do tattoos, so he had a

12        tattoo done on his back.  We fixed it for him.  And we

13        started talking a little bit more on and off about the

14        kids -- my kids, because I'm very iffy about people

15        being around them.  And we contacted each other a little

16        bit more on and off.  And he started coming around a

17        little bit more, popping in here and here, you know,

18        having dinner with us, hanging out and stuff.

19   Q.   At some point did he introduce you to some of his

20        friends, more specifically a woman named Barb and her

21        daughter Ma▮▮▮▮▮▮▮

22   A.   Yes.  Actually, he was coming over to get his son

23        Chase -- my nephew's name -- on his arm done; and he had

24        brought Barb with him for that one because she wanted to

25        get a tattoo done also.  And she had brought her two

THE REPORTING GROUP
Mason & Lockhart

```
 1        grandsons with her that time.  And then Tyler came again
 2        and Barb came to get hers finished; so she brought her
 3        daughter, Ma████████  and her two nephews.
 4    Q.  How old is Barb's daughter, Ma████████?
 5    A.  She's 15.
 6    Q.  And did you observe Tyler interacting with Ma████████
 7    A.  Yes.  In my opinion, he was a little too close for
 8        comfort with her.
 9    Q.  Did he do that when Barb was around or not around?
10    A.  No, only when Barb wasn't around.  The one time Tyler
11        had mentioned that he was going to go away for a while
12        so we asked him to go to Chuck E. Cheese with us; and he
13        brought Barb's daughter, Ma████████ with him.  It was
14        supposed to be just us, Tyler, and my kids.  And Tyler,
15        in my opinion, was stuck to Ma████████ too much.  He
16        wasn't all, like, holding her hands and stuff; but he
17        would not leave her side and she wouldn't leave his side
18        at all.
19    Q.  Okay.  And when, approximately, was that?
20    A.  This was after he had come out here originally because
21        he said he was going to move out this way.
22    Q.  Got it.
23            So you're taking me to where I want to go.  At
24        some point did he mention that he had a girlfriend in
25        Maine?
```

6

```
1   A.   Yes.  He had mentioned that he had met a girl out here
2        named Ma████████ and that he wanted to come meet her and
3        he had to have a car to come out here.  So around May
4        25th, May -- no, March it was because we're in May
5        now -- March 25th or March 26th Barb had bought Tyler a
6        car.  And he, the next day, came out here to meet with
7        Ma████████ from out here.
8   Q.   So when you say "here," you're talking about Maine?
9   A.   Maine, yes.
10  Q.   Okay.  All right.  What did he tell you about Ma██████
11       how did he meet her?
12  A.   That she was 20 and she was staying with her grandma
13       helping her out because she needed help.
14  Q.   Okay.  Did he say how he met her?
15  A.   That he had met her through TikTok on social media.
16  Q.   Did he say how long he had been communicating with her?
17  A.   He had been talking to her, he said, for about seven
18       months, they were dating for about two.
19  Q.   Okay.  And, so, you said in late March he got a car from
20       Barb and he told you he was coming to Maine; is that
21       right?
22  A.   Yes.
23  Q.   And tell us whatever you remember about that trip.
24  A.   The first trip he came out here was around March 26th.
25       He had asked me for some money for gas; so being how I
```

THE REPORTING GROUP
Mason & Lockhart

```
 1        am, I let him.  And he came out here, and I didn't hear
 2        a word from him for quite a while because it takes,
 3        like, six hours to get here.  And later in the afternoon
 4        I still hadn't heard anything, so I contacted Barb
 5        because Tyler and Barb had a thing on and off.  And she
 6        said she had heard from him, he was on his way back from
 7        coming here to Maine to her house.  So he had got back
 8        to her house, and he had to sleep for a while.  He was
 9        supposed to come to my house and have an interview, but
10        he never made it to the interview at my job.  And Barb
11        had said that Tyler was very touchy about the subject of
12        coming up here to see Ma         from out here in Maine.
13        So he came to my house and I had asked him, I said, hey,
14        how was your trip, you know, did you have a good time,
15        did you enjoy meeting Ma          And he really wouldn't
16        say anything about it.
17   Q.   Okay.  Did he -- you said he called her his girlfriend.
18        Did he say whether he had any interest in marrying her?
19   A.   Yes, he had mentioned that they were going to get
20        married.
21   Q.   Okay.  Now, did there come a point in time when he made
22        another trip to Maine in April?
23   A.   Yes.  Actually, he had thrown a fit about it because
24        with DMV taking so long to get his car on the road, he
25        kept throwing a fit that he needed to hurry up the
```

THE REPORTING GROUP
Mason & Lockhart

8

```
 1        process and he was going to come out here and possibly
 2        move here or bring Ma███████ from here in Maine back to
 3        New York.  And finally his car was on the road, and he
 4        had asked for some more money.  I said, yeah, but this
 5        is the last time I can help you, I have my kids to
 6        support and stuff.  So I had given him some money for
 7        gas.  He told me that Barb's daughter, Ma██████ from
 8        Barb, was going to come out here to Maine with him to
 9        get Ma██████ from here in Maine.
10    Q.  Did he say why she was going with him?
11    A.  No.  But like I had said, they were a little too close
12        for comfort, in my opinion.
13    Q.  Okay.  So he told you that New York Ma██████ was going
14        to go with him to pick up Maine Ma███████basically?
15    A.  Yes.
16    Q.  And did that trip happen?
17    A.  Yeah.  Actually, they had left about 6 in the morning to
18        come out here, so about a six-hour drive.  And he
19        brought Barb's daughter, Ma██████ with him out here.
20        I hadn't heard anything for quite a while; and being
21        that Barb's daughter was with him, I contacted Barb
22        asking, hey, have you heard anything?  I hadn't.  And
23        she said, no, she hadn't in a while, that she would try
24        to contact her daughter.  Because being a mother, I
25        would think you would want to know what's going on with
```

```
 1          your kid.  So Barb finally got through to her daughter,
 2          and they said they were about 129 miles away from here
 3          getting Ma███████ from Maine.  So I called him and --
 4    Q.    When you said "here," you're in New York now, right?  So
 5          they were 129 miles from --
 6    A.    Maine, yes.  To get Ma█████ from here in Maine.
 7    Q.    Oh, okay.
 8    A.    And I didn't hear anything for quite a while.  I was
 9          getting kind of worried.  And finally Tyler called me
10          upset.  And I said, hey, you know, what's wrong?  Is
11          everybody okay?  Have you been in an accident or not?
12          And he said that his back windshield had broke from
13          hitting a bump, that it had a crack in it.  Being that I
14          know cars, I know windows don't break that easy.  So I
15          said, okay, just pull over.  You've got the two girls
16          with you.  Make sure everybody is safe.  Clean up the
17          glass and make sure that it's not hurting anybody.  And
18          then a while went by.  It was about 10:00 at night.  I
19          called him again.  I said, hey, I haven't heard
20          anything; any updates?  He said they had stopped because
21          he was very low on gas.  And I said, well, why didn't
22          you get gas sooner, you know with COVID everything
23          closes early and doesn't open up until the morning
24          again.  He said that they were going to sleep in the car
25          that night and get gas in the morning and keep coming
```

THE REPORTING GROUP
Mason & Lockhart

```
1          back to New York.  So I said, okay, you know, make sure
2          everybody is okay with the back window being broke and
3          that you guys are in a safe spot.
4               So the night went on.  I didn't hear anything,
5          didn't hear anything.  Later in the night I kept calling
6          and trying to check in, still didn't hear anything.  So
7          I contacted Barb and I said, hey, have you heard
8          anything?  She said, no, she hadn't yet.  So I kept just
9          calling and calling hoping sooner or later he would
10         answer.  It was about 6:00 the next morning he answered
11         and said, hey.  I said, haven't heard anything, is
12         everything okay?  He said, yes, I'm going to be dropping
13         off Barb's daughter, Ma███████ and then we'll on our
14         way to your house.  So that was about --
15    Q.   6 a.m.?
16    A.   6 a.m., yes.
17    Q.   And how far is Barb's house from your house?
18    A.   It's only an hour if you speed, an hour and 15 if you do
19         the speed limit.
20    Q.   Okay.  So he called you at 6, said I'm dropping
21         Ma███████ off at Barb's house and we're on our way to
22         your place?
23    A.   Yes.
24    Q.   When did he show up?
25    A.   He didn't show up until about noon.  And I was kind of
```

THE REPORTING GROUP
Mason & Lockhart

```
 1           wondering what took so long; but, you know, he didn't
 2           really want to say anything to me.
 3      Q.   Okay.  So describe for the grand jurors just your house.
 4           Do you live in an apartment building, a house?  Just
 5           give them, kind of, a visual.
 6      A.   I actually live in an apartment building.  There's only
 7           six apartments in the building.  And when you come up to
 8           the building, you have to enter the front door, which is
 9           always locked.  You have to have a key to get in.  And
10           then you walk up six stairs and my house is on the
11           right-hand side, the first door.  You walk into my house
12           and there is a kitchen and the living room we call it.
13           It's just one tiny bedroom.  And those are conjoined, so
14           it's a wide open space.  You can see everything.  And
15           then there's an L-shaped hallway that you go down and
16           there's my bedroom, and next to my bedroom is the
17           bathroom.
18      Q.   Okay.  So they arrive around noon, and did you go
19           outside to meet them?
20      A.   Yes.  I actually had to take my dog out to go to the
21           bathroom and I had to get some soda in my car to bring
22           up for everybody to drink.
23      Q.   Okay.  So describe for the members of the Grand Jury
24           what you saw when you first laid eyes on Ma██████
25      A.   Okay.  Actually, they -- I had realized the back window
```

THE REPORTING GROUP
Mason & Lockhart

```
1    was broke and Ma████ was literally in the fetal
2    position like this (Indicated) with the seatbelt still
3    on and a very thin blanket over her.  And I had said to
4    Tyler, hey, are you guys going to come in or -- and she
5    literally just did not want to uncover herself.  She
6    just stayed in that position.  About 15 minutes went by.
7    I had to go inside because the dog didn't want to be
8    outside any longer.  Tyler had hollered, hey, can you
9    throw down your keys?  So I threw down my keys so they
10   could come in the house.  When they entered my house,
11   Tyler had asked if he could take a shower.  I said,
12   yeah, sure, why not, just clean up your mess.  And
13   behind my door is a closest with two doors that just
14   opens up.  Ma████ was standing -- from here in
15   Maine -- was standing behind the door after Tyler had
16   shut it up against the closet literally just covering
17   her face, didn't want to, like, be seen.  And I had
18   noticed that she had some hickeys on her neck.  So I
19   said, yeah, you can go shower.  And Tyler kept going,
20   hey, babe; come on, babe; babe, come on, let's go
21   shower.  And I could tell that she didn't really want to
22   go shower, so I had said to Tyler, hey, she's okay, she
23   can stay out here with me, she can sit on the couch or
24   in the chair and she'll be okay.  So Tyler took his
25   shower.  Finally Ma████ had decided to sit down on my
```

```
 1        couch.  And Tyler come out with his shorts on, and then
 2        Ma▮▮▮▮▮ had took off her purple hoodie.  She had a
 3        tank top and some shorts.  And I offered everybody if
 4        they wanted drinks, you can help yourself, there's
 5        snacks, there's whatever you want here.  And --
 6    Q.  Was she talking at all during this time?
 7    A.  No, she -- I couldn't get her to talk at all no matter
 8        what I did.  I kept trying to, like, start conversations
 9        with her; but she just did not want to uncover herself
10        at all.
11    Q.  Okay.
12    A.  And finally my husband had come up, and she acted really
13        nervous when my husband came in.  And I'm like, it's
14        okay, it's just my husband, he's not going to bother you
15        or anything.  And then I said, hey, we have to go to
16        Price Chopper, it's not far from here, if you guys want
17        to come with us, you can because we have to get
18        medicine.  And Tyler insisted they take his car even
19        with the broken window when they could have just rode
20        with us.
21             So we got to Price Chopper.  I went in and bought
22        some masks because Ma▮▮▮▮▮ and Tyler didn't have any
23        masks.  So being in New York, you have to have a mask.
24        And I came back out and I asked Ma▮▮▮▮▮ if she wanted
25        to go in, and she just was really quiet.  And Tyler's
```

```
 1          phone started ringing and they both quickly were like,
 2          shh, don't say anything, just go, go, shooing me away.
 3          So I was like, okay, you know.  Me and my husband go in,
 4          got our medicine.  We came back out and while we were in
 5          there Tyler had called and said, hey, James wants us --
 6          our older brother -- to come to his house and go in the
 7          hot tub.  And I said, ehh, Ma███████ don't want to.  You
 8          know, she's too new to bring around everybody.  Just
 9          give her some time, some space.  So Tyler didn't seem
10          too happy about it, that I, kind of, told him not to.
11          And Ma██████ didn't seem like she wanted to, so we went
12          back to my house.  And Ma██████ and Tyler had mentioned
13          that they were tired.  I didn't know if they really
14          honestly slept the day before because being that it was
15          cold, he had a broken window and stuff, you know, I
16          didn't know if they had slept.  I said, okay, yeah, give
17          me a minute and I'll go get you guys a blanket.  And I
18          brought them out my son's Ninja Turtle blanket.  It's a
19          twin size comforter for kids.  And I said, you guys can
20          use this.
21     Q.   And, so, what is your couch like?  Is it a --
22     A.   It's a futon that folds up into a couch and then you
23          fold it down and it's got a bed.
24     Q.   Okay.
25     A.   And I said, you guys can lay down.  I'll start dinner.
```

```
1          Because I was going to make my homemade mac and cheese
2          and have a big dinner with them.  So they laid down and
3          put, like, those couch fold up -- it's got, like, little
4          pillows on the end that fold up.  And --
5     Q.   What did you observe when you saw them lying on the
6          couch?
7     A.   They were -- Tyler was all over Ma███████ like cuddly
8          and kissing on her.  She didn't really seem like she
9          wanted it.  She was still, kind of, hiding herself.  And
10         at one point she finally turned and just was laying her
11         head on Tyler.  So I was like, okay, you guys just go
12         ahead and rest, I'll wake you up when dinner is ready.
13             We were watching some knife-making show on Netflix
14         that my husband likes, and it was getting a little late.
15         I kept trying to, you know, talk to Ma███████  And at
16         one point she had said, hey, do you mind if I take my
17         medicine for my anxiety?  I said, yeah, you're a grown
18         adult, you don't have to ask to take your medicine.
19         There's soda right there.  You can help yourself, you
20         know.
21    Q.   Let me pause you there.  Tyler told you that she was 20?
22    A.   Yes, which --
23    Q.   When you saw her, did that seem right to you?
24    A.   No.  You could tell that she definitely was not 20.  She
25         was definitely younger.  And --
```

```
 1   Q.   Did you know she was 16?

 2   A.   No, which when I had found out really shocked me.

 3   Q.   Yeah.  So let's, kind of, finish the night.  So you're

 4        watching the knife-making show on Netflix.

 5   A.   Yeah.

 6   Q.   And at some point you and your husband decide to head to

 7        bed, right?

 8   A.   Yes.  Actually, it was about 9:00.  We decided, hey,

 9        we're going to go to bed.  You guys can sleep here

10        tonight.  And it was 9:00 when we went to bed.

11   Q.   And did they still have your son's blanket?

12   A.   Yes, they had my son's Ninja Turtle blanket because I

13        didn't want to have to go and keep getting other

14        blankets so I let them use that being that it was big

15        enough.

16             And about 9:45 to 10'ish I had woke up because I

17        had to go to the restroom.  I go to open my bathroom and

18        I notice my door is barricaded shut.  So I'm like, hey,

19        let me in, I have to pee.  And my brother is going, shh,

20        shh, be quiet, just be quiet.  And I'm like, dude, this

21        is my house, I don't have to be quiet, I can do as I

22        please.  He's like, no, seriously, be quiet, the cops

23        are here.  And being half asleep I'm like, oh, yeah, the

24        cops are here.  And he's like, no, I'm being serious,

25        she's 16.  And I'm like, whoa.  And at that point I
```

```
 1        start waking up more and it hits me and I'm like, then
 2        you need to get out, I can't have this here.  So I
 3        walked out into my living room and noticed Ma██████ was
 4        gone and her stuff was gone.  And Tyler, after I told
 5        him he had to leave because we didn't need police
 6        activity, quickly snatched up her purple hoodie that she
 7        had left laying on the couch and my son's Ninja Turtle
 8        blanket and left and went to Barb's house.
 9   Q.   Did he tell you why he was taking your son's blanket?
10   A.   No.  I have actually asked for it back very many times,
11        and I have been told that he was washing it and drying
12        it so that nobody could get evidence on him and if they
13        tried to come for my son's blanket he would burn it.
14   Q.   I want to go back to the hickeys that you said you
15        observed on her neck when she came into the apartment.
16   A.   Yes.
17   Q.   So could you tell, based on the color or the shape,
18        whether they were relatively new or were they old?
19   A.   They were definitely new.  They were very bright.  And
20        I've seen hickeys many times, I know how they are.  They
21        start fading as they get older.  These ones were not.
22        They were extremely bright.
23   Q.   And while Ma██████ was in your house, did she eat or
24        drink anything?
25   A.   No.  I didn't -- I kept trying to get her to eat or
```

THE REPORTING GROUP
Mason & Lockhart

1     drink because I was worried that she hadn't eaten

2     anything or had anything to drink or gone to the

3     bathroom, that she would have to, and she never did.

4  Q. And after this incident when the police came and took

5     Ma████████ away, did you continue to have any interaction

6     with your brother or no?

7  A. No.  I actually refuse to have anything to do with him

8     or even call him my brother.

9  Q. I think those are all the questions I have for you,

10    Ms. Donaldson; but what I'm going to do is ask you to

11    put your mask back on and step outside and then I'm

12    going to see if the grand jurors have any follow-up.

13 A. Okay.

14 Q. So just don't go anywhere, just stay outside.

15 A. All right.

16        (Whereupon the witness withdrew at 1:46 p.m.)

17                * * * * * *

18        (Whereupon the witness returned at 1:48 p.m.)

19                * * * * * *

20 BY MS. SAWYER:

21 Q. Good afternoon.  Let me just remind you that you're

22    still under oath, Ms. Donaldson.

23 A. Yes.

24 Q. Just a few follow-up questions for you.

25        So when the police came and got ████████ that

THE REPORTING GROUP
Mason & Lockhart

```
 1        night, did they ever question your brother or talk to

 2        your brother?

 3    A.  Actually, no, they didn't.  I didn't know exactly what

 4        was happening, so I literally called every agency around

 5        me to find out what was really going on.  And I followed

 6        up with the State Troopers because they had said, yes,

 7        they were at my home but they could not enter due to my

 8        legal rights and stuff.  And I had said to them, if I

 9        would have known you were there, you could have came in,

10        searched my house or whatever, I have nothing to hide.

11        And he said, yes, they had found Ma█████ in my home,

12        that she was a missing person and her parents would come

13        to Syracuse and get her.

14    Q.  I think that covers it.

15    A.  All right.

16    Q.  Thank you very much.

17    A.  You're welcome.

18            (Whereupon the witness withdrew at 1:49 p.m.)

19                    *  *  *  *  *  *  *

20

21

22

23

24

25
```

1                          <u>CERTIFICATE</u>

2              I, Laurel A. Long, Grand Jury Reporter, hereby

3     certify that the foregoing pages are a true and accurate

4     transcription of my stenographic notes in the

5     above-captioned matter to the best of my skill and

6     ability.

7

8

9
                              <u>  /s/ Laurel A. Long  </u>
10                             Laurel A. Long
                               Grand Jury Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THE REPORTING GROUP
Mason & Lockhart

## /

/s [1] - 20:9

## 0

04083 [1] - 1:24

## 1

10 [1] - 3:17
10'ish [1] - 16:16
10:00 [1] - 9:18
129 [2] - 9:2, 9:5
13204 [1] - 2:17
15 [3] - 5:5, 10:18, 12:6
156 [1] - 1:20
16 [2] - 16:1, 16:25
1:24 [1] - 1:11
1:46 [1] - 18:16
1:48 [1] - 18:18
1:49 [1] - 19:18

## 2

20 [3] - 6:12, 15:21, 15:24
2017 [1] - 3:16
2021 [1] - 1:11
207 [1] - 1:24
22 [1] - 1:6
25th [2] - 6:4, 6:5
26 [1] - 3:6
26th [2] - 6:5, 6:24
27 [2] - 2:25, 3:8
281-4230 [1] - 1:24

## 3

301 [1] - 2:16

## 4

4 [1] - 2:16
404 [1] - 1:23

## 5

5 [1] - 1:11

## 6

6 [4] - 8:17, 10:15, 10:16, 10:20
6:00 [1] - 10:10

## 7

7-Eleven [1] - 2:19

## 9

9:00 [2] - 16:8, 16:10
9:45 [1] - 16:16

## A

a.m [2] - 10:15, 10:16
ability [1] - 20:6
above-captioned [1] - 20:5
accident [1] - 9:11
accurate [1] - 20:3
acted [1] - 13:12
activity [1] - 17:6
adult [1] - 15:18
afternoon [3] - 2:10, 7:3, 18:21
agency [1] - 19:4
ahead [1] - 15:12
answer [1] - 10:10
answered [1] - 10:10
anxiety [1] - 15:17
apartment [3] - 11:4, 11:6, 17:15
Apartment [1] - 2:16
apartments [1] - 11:7
April [1] - 7:22
area [1] - 3:1
arm [1] - 4:23
arrive [1] - 11:18
asleep [1] - 16:23
Assistant [1] - 1:13
Attorney [1] - 1:13
Ave [1] - 2:16

## B

babe [3] - 12:20
Barb [14] - 4:20, 4:24, 5:2, 5:9, 5:10, 6:5, 6:20, 7:4, 7:5, 7:10, 8:8, 8:21, 9:1, 10:7
Barb's [9] - 5:4, 5:13, 8:7, 8:19, 8:21, 10:13, 10:17, 10:21, 17:8
barricaded [1] - 16:18
based [2] - 3:11, 17:17
bathroom [4] - 11:17, 11:21, 16:17, 18:3
become [1] - 3:20
bed [4] - 14:23, 16:7, 16:9, 16:10
bedroom [3] - 11:13, 11:16

behavior [1] - 3:19
behind [2] - 12:13, 12:15
Bellevue [1] - 2:16
best [1] - 20:5
big [2] - 15:2, 16:14
bit [3] - 4:13, 4:16, 4:17
blanket [8] - 12:3, 14:17, 14:18, 16:11, 16:12, 17:8, 17:9, 17:13
blankets [1] - 16:14
bother [1] - 13:14
bought [2] - 6:5, 13:21
Box [1] - 1:23
break [1] - 9:14
bright [2] - 17:19, 17:22
bring [3] - 8:2, 11:21, 14:8
broke [3] - 9:12, 10:2, 12:1
broken [2] - 13:19, 14:15
brother [10] - 3:4, 3:5, 3:20, 3:24, 14:6, 16:19, 18:6, 18:8, 19:1, 19:2
brought [6] - 4:24, 4:25, 5:2, 5:13, 8:19, 14:18
building [4] - 11:4, 11:6, 11:7, 11:8
bump [1] - 9:13
burn [1] - 17:13
BY [2] - 2:9, 18:20

## C

captioned [1] - 20:5
car [8] - 6:3, 6:6, 6:19, 7:24, 8:3, 9:24, 11:21, 13:18
cars [1] - 9:14
CERTIFICATE [1] - 20:1
certify [1] - 20:3
chair [1] - 12:24
chance [1] - 4:3
changed [1] - 4:2
Chase [1] - 4:23
check [1] - 10:6
Cheese [1] - 5:12
cheese [1] - 15:1
children [1] - 2:22
Chopper [2] - 13:16, 13:21
Chuck [1] - 5:12

clean [2] - 9:16, 12:12
close [2] - 5:7, 8:11
closes [1] - 9:23
closest [1] - 12:13
closet [1] - 12:13
cold [1] - 14:15
color [1] - 17:17
comfort [2] - 5:8, 8:12
comforter [1] - 14:19
coming [8] - 4:16, 4:22, 6:20, 7:7, 7:12, 9:25
communicating [1] - 6:16
conjoined [1] - 11:13
contact [1] - 8:24
contacted [4] - 4:15, 7:4, 8:21, 10:7
continue [1] - 18:5
convenience [1] - 2:19
conversations [1] - 13:8
cops [2] - 16:22, 16:24
couch [7] - 12:23, 13:1, 14:21, 14:22, 15:3, 15:6, 17:7
course [1] - 3:11
COURT [1] - 1:1
Court [1] - 1:16
Courthouse [1] - 1:19
covering [1] - 12:16
covers [1] - 19:14
COVID [2] - 2:12, 9:22
crack [1] - 9:13
cuddly [1] - 15:7

## D

D-O-N-A-L-D-S-O-N [1] - 2:7
dating [1] - 6:18
daughter [10] - 4:21, 5:3, 5:4, 5:13, 8:7, 8:19, 8:21, 8:24, 9:1, 10:13
daughters [1] - 2:23
decide [1] - 16:6
decided [2] - 12:25, 16:8
definitely [3] - 15:24, 15:25, 17:19
describe [2] - 11:3, 11:23
dinner [5] - 4:10,

4:18, 14:25, 15:2, 15:12
DISTRICT [2] - 1:1, 1:1
DMV [1] - 7:24
dog [2] - 11:20, 12:7
Donaldson [6] - 2:7, 2:10, 2:15, 2:21, 18:10, 18:22
DONALDSON [2] - 1:10, 2:2
donaldson [2] - 2:20, 2:24
done [3] - 4:12, 4:23, 4:25
door [5] - 11:8, 11:11, 12:13, 12:15, 16:18
doors [1] - 12:13
down [8] - 4:2, 11:15, 12:9, 12:25, 14:23, 14:25, 15:2
drink [4] - 11:22, 17:24, 18:1, 18:2
drinks [1] - 13:4
drive [1] - 8:18
dropping [2] - 10:12, 10:20
drying [1] - 17:11
dude [1] - 16:20
due [1] - 19:7
duly [1] - 2:2
during [1] - 13:6

## E

early [1] - 9:23
easy [1] - 9:14
eat [2] - 17:23, 17:25
eaten [1] - 18:1
Edward [1] - 1:19
ehh [1] - 14:7
employed [1] - 2:18
end [1] - 15:4
enjoy [1] - 7:15
enter [2] - 11:8, 19:7
entered [1] - 12:10
estranged [1] - 3:20
evidence [1] - 17:12
exactly [1] - 19:3
EXAMINATION [1] - 2:8
examined [1] - 2:3
extremely [1] - 17:22
eyes [1] - 11:24

## F

face [1] - 12:17
fading [1] - 17:21

far [2] - 10:17, 13:16
Federal [2] - 1:19, 1:20
fetal [1] - 12:1
few [1] - 18:24
figured [1] - 4:3
finally [6] - 8:3, 9:1, 9:9, 12:25, 13:12, 15:10
finish [1] - 16:3
finished [1] - 5:2
first [3] - 6:24, 11:11, 11:24
fit [2] - 7:23, 7:25
fixed [1] - 4:12
fold [3] - 14:23, 15:3, 15:4
folds [1] - 14:22
follow [2] - 18:12, 18:24
follow-up [2] - 18:12, 18:24
followed [1] - 19:5
follows [1] - 2:3
foregoing [1] - 20:3
Foreperson [1] - 2:3
FOREPERSON [1] - 2:4
friends [1] - 4:20
front [1] - 11:8
futon [1] - 14:22

**G**

gas [5] - 6:25, 8:7, 9:21, 9:22, 9:25
Gignoux [1] - 1:19
girl [1] - 6:1
girlfriend [2] - 5:24, 7:17
girls [3] - 3:13, 3:18, 9:15
given [2] - 4:6, 8:6
glass [1] - 9:17
grand [2] - 11:3, 18:12
GRAND [1] - 1:5
Grand [5] - 1:6, 1:7, 11:23, 20:2, 20:10
grandma [1] - 6:12
grandsons [1] - 5:1
GROUP [1] - 1:22
grown [1] - 15:17
guys [8] - 10:3, 12:4, 13:16, 14:17, 14:19, 14:25, 15:11, 16:9

**H**

half [1] - 16:23

hallway [1] - 11:15
hand [1] - 11:11
hands [1] - 5:16
hang [1] - 4:10
hanging [1] - 4:18
happy [1] - 14:10
head [2] - 15:11, 16:6
hear [5] - 7:1, 9:8, 10:4, 10:5, 10:6
heard [7] - 7:4, 7:6, 8:20, 8:22, 9:19, 10:7, 10:11
help [4] - 6:13, 8:5, 13:4, 15:19
helping [1] - 6:13
hereby [1] - 20:2
herself [2] - 12:5, 13:9, 15:9
hickeys [3] - 12:18, 17:14, 17:20
hide [1] - 19:10
hiding [1] - 15:9
hits [1] - 17:1
hitting [1] - 9:13
holding [1] - 5:16
hollered [1] - 12:8
home [2] - 19:7, 19:11
homemade [1] - 15:1
honestly [1] - 14:14
hoodie [2] - 13:2, 17:6
hoping [1] - 10:9
hot [1] - 14:7
hour [3] - 8:18, 10:18
hours [1] - 7:3
house [21] - 4:10, 7:7, 7:8, 7:9, 7:13, 10:14, 10:17, 10:21, 11:3, 11:4, 11:10, 11:11, 12:10, 14:6, 14:12, 16:21, 17:8, 17:23, 19:10
hurry [1] - 7:25
hurting [1] - 9:17
husband [7] - 2:21, 13:12, 13:13, 13:14, 14:3, 15:14, 16:6

**I**

iffy [1] - 4:14
IN [2] - 1:5, 2:1
incident [1] - 18:4
Indicated [1] - 12:2
individual [1] - 3:3
inside [1] - 12:7
insisted [1] - 13:18
interacting [1] - 5:6

interaction [1] - 18:5
interactions [1] - 3:11
interest [2] - 3:13, 7:18
interview [2] - 7:9, 7:10
introduce [1] - 4:19
invited [1] - 4:10

**J**

James [1] - 14:5
job [1] - 7:10
JOLENE [2] - 1:10, 2:2
Jolene [1] - 2:7
jurors [2] - 11:3, 18:12
Jurors [1] - 1:6
JURY [1] - 1:5
Jury [4] - 1:7, 11:23, 20:2, 20:10

**K**

keep [2] - 9:25, 16:13
kept [7] - 7:25, 10:5, 10:8, 12:19, 13:8, 15:15, 17:25
key [1] - 11:9
keys [2] - 12:9
kid [1] - 9:1
kids [5] - 4:14, 5:14, 8:5, 14:19
kind [6] - 9:9, 10:25, 11:5, 14:10, 15:9, 16:3
kissing [1] - 15:8
kitchen [1] - 11:12
knife [2] - 15:13, 16:4
knife-making [2] - 15:13, 16:4
known [1] - 19:9

**L**

L-shaped [1] - 11:15
laid [2] - 11:24, 15:2
last [2] - 2:6, 8:5
late [2] - 6:19, 15:14
LAUREL [1] - 1:16
Laurel [3] - 20:2, 20:9, 20:10
lay [1] - 14:25
laying [2] - 15:10, 17:7
leave [3] - 5:17, 17:5
left [3] - 8:17, 17:7,

17:8
legal [1] - 19:8
life [1] - 4:9
limit [1] - 10:19
literally [4] - 12:1, 12:5, 12:16, 19:4
live [4] - 2:15, 2:16, 11:4, 11:6
lives [1] - 3:12
living [2] - 11:12, 17:3
locked [1] - 11:9
Lockhart [1] - 1:23
LONG [1] - 1:16
low [1] - 9:21
lying [1] - 15:5

**M**

mac [1] - 15:1
▬▬▬▬ [58] - 4:21, 5:3, 5:4, 5:6, 5:13, 5:15, 6:2, 6:7, 6:10, 7:12, 7:15, 8:2, 8:7, 8:9, 8:13, 8:14, 8:19, 9:3, 9:6, 10:13, 10:21, 11:24, 12:1, 12:14, 12:25, 13:2, 13:22, 13:24, 14:7, 14:11, 14:12, 15:7, 15:15, 17:3, 17:23, 18:5, 18:25, 19:11
MAINE [1] - 1:1
maine [1] - 9:6
Maine [16] - 1:20, 1:24, 5:25, 6:8, 6:9, 6:20, 7:7, 7:12, 7:22, 8:2, 8:8, 8:9, 8:14, 9:3, 9:6, 11:19
March [6] - 3:25, 6:4, 6:5, 6:19, 6:24
married [2] - 2:20, 2:21, 7:20
marrying [1] - 7:18
mask [3] - 2:13, 13:23, 18:11
masks [2] - 13:22, 13:23
Mason [1] - 1:23
matter [2] - 13:7, 20:5
media [1] - 6:15
medicine [4] - 13:18, 14:4, 15:17, 15:18
meet [4] - 6:2, 6:6, 6:11, 11:19
meeting [1] - 7:15
members [1] - 11:23
mention [1] - 5:24
mentioned [4] - 5:11,

6:1, 7:19, 14:12
mess [1] - 12:12
met [3] - 6:1, 6:14, 6:15
microphone [1] - 2:5
miles [2] - 9:2, 9:5
mind [1] - 15:16
minute [1] - 14:17
minutes [1] - 12:6
missing [1] - 19:12
molesting [1] - 3:16
mom [1] - 4:6
money [3] - 6:25, 8:4, 8:6
months [1] - 6:18
morning [4] - 8:17, 9:23, 9:25, 10:10
mother [2] - 4:2, 8:24
move [2] - 5:21, 8:2
MS [2] - 2:9, 18:20

**N**

name [4] - 2:5, 2:6, 3:3, 4:23
named [2] - 4:20, 6:2
neck [2] - 12:18, 17:15
need [2] - 17:2, 17:5
needed [2] - 6:13, 7:25
nephew's [1] - 4:23
nephews [1] - 5:3
nervous [1] - 13:13
Netflix [2] - 15:13, 16:4
never [2] - 7:10, 18:3
new [3] - 14:8, 17:18, 17:19
New [7] - 2:17, 3:1, 8:3, 8:13, 9:4, 10:1, 13:23
next [3] - 6:6, 10:10, 11:16
niece [1] - 3:16
night [6] - 9:18, 9:25, 10:4, 10:5, 16:3, 19:1
Ninja [3] - 14:18, 16:12, 17:7
nobody [1] - 17:12
noon [2] - 10:25, 11:18
note [1] - 2:12
notes [1] - 20:4
nothing [1] - 19:10
notice [1] - 16:18
noticed [2] - 12:18, 17:3
number [1] - 4:6

**O**

oath [1] - 18:22
observe [2] - 5:6, 15:5
observed [1] - 17:15
OF [2] - 1:1, 1:10
offered [1] - 13:3
old [5] - 2:24, 3:5, 3:17, 5:4, 17:18
older [2] - 14:6, 17:21
one [8] - 3:9, 4:24, 5:10, 11:13, 15:10, 15:16
ones [1] - 17:21
open [3] - 9:23, 11:14, 16:17
opens [1] - 12:14
opinion [3] - 5:7, 5:15, 8:12
originally [2] - 3:1, 5:20
outside [4] - 11:19, 12:8, 18:11, 18:14

**P**

p.m [4] - 1:11, 18:16, 18:18, 19:18
P.O [1] - 1:23
pages [1] - 20:3
parents [1] - 19:12
pass [1] - 4:1
pause [1] - 15:21
pee [1] - 16:19
people [1] - 4:14
period [1] - 3:22
person [1] - 19:12
phone [1] - 14:1
pick [1] - 8:14
pillows [1] - 15:4
place [1] - 10:22
point [7] - 4:19, 5:24, 7:21, 15:10, 15:16, 16:6, 16:25
police [3] - 17:5, 18:4, 18:25
popping [1] - 4:17
Portland [2] - 1:7, 1:20
position [2] - 12:2, 12:6
possibly [1] - 8:1
Present [1] - 1:6
Price [2] - 13:16, 13:21
prison [1] - 3:16
PROCEEDINGS [1] - 1:5

process [1] - 8:1
pull [2] - 2:4, 9:15
purple [2] - 13:2, 17:6
purposes [1] - 2:13
put [3] - 3:16, 15:3, 18:11

**Q**

questions [2] - 18:9, 18:24
quickly [2] - 14:1, 17:6
quiet [5] - 13:25, 16:20, 16:21, 16:22
quite [3] - 7:2, 8:20, 9:8

**R**

RE [2] - 1:5, 2:1
reach [2] - 4:4
ready [1] - 15:12
realized [1] - 11:25
really [9] - 7:15, 11:2, 12:21, 13:12, 13:25, 14:13, 15:8, 16:2, 19:5
reconnect [1] - 3:24
record [1] - 2:12
refuse [1] - 18:7
relatively [1] - 17:18
remember [1] - 6:23
remind [1] - 18:21
removed [1] - 2:12
Reporter [3] - 1:16, 20:2, 20:10
REPORTING [1] - 1:22
rest [1] - 15:12
restroom [1] - 16:17
result [1] - 3:19
returned [1] - 18:18
right-hand [1] - 11:11
rights [1] - 19:8
ringing [1] - 14:1
road [2] - 7:24, 8:3
rode [1] - 13:19
room [2] - 11:12, 17:3

**S**

safe [2] - 9:16, 10:3
saw [3] - 11:24, 15:5, 15:23
SAWYER [3] - 1:13, 2:9, 18:20

searched [1] - 19:10
seatbelt [1] - 12:2
second [1] - 4:3
see [3] - 7:12, 11:14, 18:12
seem [4] - 14:9, 14:11, 15:8, 15:23
serious [1] - 16:24
seriously [1] - 16:22
seven [1] - 6:17
shape [1] - 17:17
shaped [1] - 11:15
SHEILA [1] - 1:13
shh [3] - 14:2, 16:19, 16:20
shocked [1] - 16:2
shooing [1] - 14:2
shorts [2] - 13:1, 13:3
show [4] - 10:24, 10:25, 15:13, 16:4
shower [5] - 12:11, 12:19, 12:21, 12:22, 12:25
shut [2] - 12:16, 16:18
side [3] - 5:17, 11:11
sit [2] - 12:23, 12:25
six [4] - 7:3, 8:18, 11:7, 11:10
six-hour [1] - 8:18
size [1] - 14:19
skill [1] - 20:5
sleep [3] - 7:8, 9:24, 16:9
slept [2] - 14:14, 14:16
snacks [1] - 13:5
snatched [1] - 17:6
social [1] - 6:15
soda [2] - 11:21, 15:19
son [1] - 4:22
son's [6] - 14:18, 16:11, 16:12, 17:7, 17:9, 17:13
sons [1] - 2:23
sooner [2] - 9:22, 10:9
space [2] - 11:14, 14:9
specifically [1] - 4:20
speed [2] - 10:18, 10:19
spell [1] - 2:5
spot [1] - 10:3
Springvale [1] - 1:24
stairs [1] - 11:10

standing [2] - 12:14, 12:15
start [4] - 13:8, 14:25, 17:1, 17:21
started [4] - 4:8, 4:13, 4:16, 14:1
state [1] - 2:5
State [1] - 19:6
STATES [2] - 1:1, 1:5
stay [2] - 12:23, 18:14
stayed [1] - 12:6
staying [1] - 6:12
stenographic [1] - 20:4
step [1] - 18:11
still [6] - 7:4, 10:6, 12:2, 15:9, 16:11, 18:22
stopped [1] - 9:20
store [1] - 2:19
Street [1] - 1:20
Streeter [1] - 3:3
STREETER [2] - 1:6, 2:1
stuck [1] - 5:15
stuff [6] - 4:18, 5:16, 8:6, 14:15, 17:4, 19:8
subject [1] - 7:11
support [1] - 8:6
supposed [2] - 5:14, 7:9
swore [1] - 4:2
sworn [1] - 2:2
Syracuse [2] - 2:16, 19:13

**T**

tank [1] - 13:3
tattoo [2] - 4:12, 4:25
tattoos [1] - 4:11
testified [1] - 2:3
testifying [1] - 2:13
TESTIMONY [1] - 1:10
texted [1] - 4:6
THE [3] - 1:22, 2:4, 2:7
thin [1] - 12:3
Thomas [1] - 2:21
threw [1] - 12:9
throw [1] - 12:9
throwing [1] - 7:25
thrown [1] - 7:23
TikTok [1] - 6:15
tiny [1] - 11:13
tired [1] - 14:13
today [1] - 2:13

together [2] - 3:12, 4:9
tonight [1] - 16:10
took [4] - 11:1, 12:24, 13:2, 18:4
top [1] - 13:3
touchy [1] - 7:11
transcription [1] - 20:4
tried [1] - 17:13
trip [5] - 6:23, 6:24, 7:14, 7:22, 8:16
Troopers [1] - 19:6
true [1] - 20:3
try [2] - 4:3, 8:23
trying [6] - 3:18, 4:9, 10:6, 13:8, 15:15, 17:25
tub [1] - 14:7
turned [1] - 15:10
Turtle [3] - 14:18, 16:12, 17:7
twin [1] - 14:19
two [7] - 2:23, 4:25, 5:3, 6:18, 9:15, 12:13
TYLER [2] - 1:6, 2:1
Tyler [26] - 3:3, 5:1, 5:6, 5:10, 5:14, 6:5, 7:5, 7:11, 9:9, 12:4, 12:11, 12:15, 12:19, 12:22, 12:24, 13:1, 13:18, 13:22, 14:5, 14:9, 14:12, 15:7, 15:11, 15:21, 17:4
tyler [1] - 12:8
Tyler's [1] - 13:25

**U**

U.S [2] - 1:13, 1:19
uncover [2] - 12:5, 13:9
under [1] - 18:22
underage [1] - 3:13
UNITED [2] - 1:1, 1:5
up [26] - 2:4, 4:2, 7:12, 7:25, 8:14, 9:16, 9:23, 10:24, 10:25, 11:7, 11:10, 11:22, 12:12, 12:14, 12:16, 13:12, 14:22, 15:3, 15:4, 15:12, 16:16, 17:1, 17:6, 18:12, 18:24, 19:6
updates [1] - 9:20
upset [1] - 9:10
upstate [1] - 3:1

## V

**visual** [1] - 11:5

## W

**wake** [1] - 15:12
**waking** [1] - 17:1
**walk** [2] - 11:10, 11:11
**walked** [1] - 17:3
**wants** [1] - 14:5
**washing** [1] - 17:11
**watching** [2] - 15:13, 16:4
**welcome** [1] - 19:17
**whoa** [1] - 16:25
**wide** [1] - 11:14
**window** [4] - 10:2, 11:25, 13:19, 14:15
**windows** [1] - 9:14
**windshield** [1] - 9:12
**withdrew** [2] - 18:16, 19:18
**WITNESS** [1] - 2:7
**witness** [3] - 18:16, 18:18, 19:18
**witnessed** [1] - 3:17
**woke** [1] - 16:16
**woman** [1] - 4:20
**wondering** [1] - 11:1
**word** [1] - 7:2
**worried** [2] - 9:9, 18:1

## Y

**year** [3] - 3:9, 3:24, 3:25
**years** [1] - 3:17
**York** [7] - 2:17, 3:1, 8:3, 8:13, 9:4, 10:1, 13:23
**younger** [3] - 3:9, 3:18, 15:25
**yourself** [3] - 2:4, 13:4, 15:19